IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TEODORO MARTINEZ SANDOVAL,<br><br>Defendant. | 8:25CR126<br><br>INDICTMENT<br><br>8 U.S.C. §§ 1326(a) & (b)(2) |

The Grand Jury charges that

## COUNT I

On or about May 21, 2025, in the District of Nebraska, the defendant, TEODORO MARTINEZ SANDOVAL, an alien who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, TEODORO MARTINEZ SANDOVAL, was excluded, deported, and removed from the United States subsequent to January 28, 2009.

In violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney