IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25CR126 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| | ) | |
| TEODORO MARTINEZ SANDOVAL, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

Yvonne Sosa hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 10th day of June, 2025.

Respectfully submitted,

Teodoro Martinez Sandoval, Defendant,

By /s/ Yvonne Sosa_____
     Yvonne Sosa
     Attorney for Defendant
     222 South 15th Street, #300N
     Omaha, NE 68102
     Telephone: (402) 221-7896
     Fax: (402) 221-7884
     E-Mail: yvonne_sosa@fd.org